IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

**UNITED STATES OF AMERICA**

**V.**                                                                                          Case number: 5:23-CR-00188-03

**JOHNATHAN WALTERS,**

**DEFENDANT'S JOHNATHAN WALTERS'
RESPONSE TO MOTION TO CONTINUE**

      COMES NOW Defendant Johnathan Walters by counsel, Edmund J. Rollo, to advise the Court that he does not join in Defendant Mark Holdren's *Motion to Continue*, ECF No. 152, filed on June 10, 2024.

                                                              JONATHAN WALTERS,
                                                              Defendant,

/s/Edmund J. Rollo
EDMUND J. ROLLO
Attorney At Law
W.Va. Bar No. 6370
44 High Street
Morgantown, West Virginia 26505

1

CERTIFICATE OF SERVICE

    I, EDMUND J. ROLLO, do hereby certify that I have served a true and accurate copy of the foregoing DEFENDANT'S JOHNATHAN WALTERS' RESPONSE TO MOTION TO CONTINUE on the United States of America and all other counsel herein by filing same through the CM/ECF system this 13th day of June, 2024.

    /s/Edmund J. Rollo
    EDMUND J. ROLLO
    Attorney At Law
    W.Va. Bar No. 6370
    44 High Street
    Morgantown, WV 26505
    Phone: 304-296-2558
    Facsimile: 304-225-0943