IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 5:23-cr-00188

MARK HOLDREN
COREY SNYDER
JOHNATHAN WALTERS
CHAD LESTER
JACOB BOOTHE
ASHLEY TONEY

**ORDER**

Pending is the motion by defendant Holdren to continue the trial of this matter on the grounds that additional time is needed for trial preparation due to the voluminous amount of discovery material provided. The requested delay is not attributable to lack of diligent preparation, to failure to obtain evidence or witnesses, or to congestion of the court's calendar. The motion is unopposed by the United States and by defendants Snyder, Lester, Boothe, and Toney. The motion is opposed by defendant Walters. On June 12, 2024, a Second Modified Protective Order was entered [ECF No. 155] upon request by defendants Holdren, Snyder, Walters, and Lester due to the extensive and restricted amount of discovery material. Believing that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, the court **GRANTS** the motion [ECF No. 152] for continuance. The trial, previously scheduled for July 9, 2024, is **CONTINUED** to **October 8, 2024, at 8:30 a.m.**, **in Beckley, West**

**Virginia.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **October 1, 2024**.

The pretrial motions hearing, previously scheduled for June 17, 2024, is **CONTINUED** to **September 23, 2024, at 1:30 p.m. in Beckley, West Virginia before Judge Aboulhosn**. Any motions to be addressed at the pretrial motions hearing shall be filed no later than **September 9, 2024.**

The court **FINDS** that the time between July 9, 2024, and October 8, 2024, is excludable from the computation of time within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7).

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: June 13, 2024

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE