IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:23-cr-00188-2

JONATHAN WALTERS

MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by William S. Thompson, United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

By:

/s/ William S. Thompson
WILLIAM S. THOMPSON
United States Attorney
WV Bar No. 6968
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone: 304-345-2200 Fax: 304-347-5104
Email: will.thompson@usdoj.gov


/s/ Christine M. Siscaretti
CHRISTINE M. SISCARETTI
Trial Attorney
Department of Justice
Civil Rights Division, Criminal Section
Telephone: 202-598-9605
Email:   christine.siscaretti@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 7th day of November, 2024, to:

    Edmund J. Rollo
    44 High Street
    Morgantown, WV 26505
    Email: edmundjrollo@hotmail.com

    <u>/s/ William S. Thompson</u>
    WILLIAM S. THOMPSON
    United States Attorney
    WV Bar No. 6968
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone: 304-345-2200
    Fax: 304-347-5104
    Email: will.thompson@usdoj.gov

    <u>/s/ Christine M. Siscaretti</u>
    CHRISTINE M. SISCARETTI
    Trial Attorney
    Department of Justice
    Civil Rights Division, Criminal Section
    Telephone: 202-598-9605
    Email: christine.siscaretti@usdoj.gov