UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:23-CR-00188-3

JOHNATHAN WALTERS

### JOINT MOTION TO CONTINUE SENTENCING HEARING AND ALL RELATED DEADLINES

Comes now the United States of America, by John J. Frail Assistant United States Attorney for the Southern District of West Virginia, and files this motion to continue the scheduled sentencing hearing and all related sentencing deadlines. As grounds for this motion, the government offers the following:

1. A sentencing hearing is currently scheduled in this case for April 30th, 2025, at 1:30 p.m. in Charleston.

2. The undersigned attorneys are continuing to assess the defendant's ability to receive a motion pursuant to U.S.S.G. 5K1.1.

3. The undersigned attorneys have conferred with counsel for the defense, Mr. Rollo, and Mr. Rollo has permitted the government to represent to the Court that he joins the government's continuance request.

For the foregoing reasons, the government requests a 30-day continuance of scheduled sentencing hearing and all related deadlines.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:

/s/ John J. Frail
JOHN J. FRAIL
Assistant United States Attorney
Chief – Criminal Division
WV Bar No. 1265
300 Virginia Street, East Room 4000
Charleston, WV 25301
Phone: (304) 345-2200
Fax: (304) 347-5104
Email: john.frail@usa.doj.gov

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

/s/ Christine M. Siscaretti
CHRISTINE M. SISCARETTI
Deputy Chief of Operations
U.S. Department of Justice
Criminal Section, Civil Rights Division
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-9605
E-mail: christine.siscaretti@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "JOINT MOTION TO CONTINUE SENTENCING HEARING" has been electronically filed and service has been made on opposing counsel by virtue of electronic mail this the 15th day of April, 2025 to:

**Edmund J. Rollo**
44 High Street
Morgantown, WV 26505
Phone: 304-296-2558
Email: edmundjrollo@hotmail.com

/s/ John J. Frail
JOHN J. FRAIL
Assistant United States Attorney
Chief – Criminal Division
WV Bar No. 1265
300 Virginia Street, East Room 4000
Charleston, WV 25301
Phone: (304) 345-2200
Fax: (304) 347-5104
Email: john.frail@usa.doj.gov

HARMEET K. DHILLON
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE

/s/ Christine M. Siscaretti
CHRISTINE M. SISCARETTI
Deputy Chief of Operations
U.S. Department of Justice
Criminal Section, Civil Rights Division
950 Pennsylvania Ave NW
Washington, DC 20530
Phone: (202) 598-9605
E-mail: christine.siscaretti@usdoj.gov